UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

BELLAGIO, LLC, a Nevada limited liability company; MIRAGE RESORTS, INCORPORATED, a Nevada corporation,

Plaintiffs,

v.

BELLAGIO HAIR SALON, an unknown entity; REAGAN ROGERS, an individual,

Defendants.

Case No.: 5:18-cv-00671-JGB-KK

**STIPULATION AND ORDER FOR PERMANENT INJUNCTION**

WHEREAS, Plaintiff Bellagio, LLC and Mirage Resorts, Incorporated ("Plaintiffs" or "Bellagio") brought this action against Redlands Moving & Storage, Inc. dba Bellagio Hair Salon and Reagan Rogers ("Defendants") alleging claims for trademark infringement, trademark dilution, unfair competition, cybersquatting and common law claims in connection with the use of the BELLAGIO mark at a hair salon located at 16960 Van Buren Blvd., Riverside, California 92504;

WHEREAS, Defendants consent to entry by the Court of a permanent injunction restraining Defendants from further unauthorized use of the BELLAGIO mark in any format or font, and marks confusingly similar to the BELLAGIO mark; and

NOW THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that:

1. Defendants, their agents, attorneys, representatives, employees, and all persons in active concert or participation with them who receive notice hereof, are hereby permanently enjoined from any unauthorized use of

BELLAGIO mark in any format or font, and any marks confusingly similar thereto; and

2. This case is dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

Entered this __7th__ day of __August__, 2018.

**IT IS SO AGREED AND STIPULATED.**

BY PLAINTIFF:

LEWIS ROCA ROTHGERBER CHRISTIE LLP

_____
Michael J. McCue (SBN: 296425)
MMcCue@LRRC.com
Aaron D. Johnson (SBN: 261747)
ADJohnson@LRRC.com
4300 Bohannon Drive, Suite 230
Menlo Park, CA 94025
Tel: (702) 949-8200
Fax: (702) 949-8398

*Attorneys for Plaintiffs*
*Bellagio, LLC, and*
*Mirage Resorts, Incorporated*

BY DEFENDANTS:

LAW OFFICES OF LAWRENCE R. BYNUM, A PROFESSIONAL CORPORATION

By: _____
Lawrence R. Bynum (SBN: 176588)
LBynum@realpropertyattorney.net
6700 Indiana Avenue, Suite 240
Riverside, CA 92506-4258
Tel: (951) 682-2345
Fax: (951) 682-2324

*Attorneys for Defendant*
*Redlands Moving & Storage, Inc.,*
*dba Bellagio Hair Salon*
*and Reagan Rogers*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: September 17, 2018

-2-